

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

**Erika H. Rosenblum, Esq.**
erosenblum@kaufmandolowich.com

June 27, 2024

**VIA ECF**
District Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007



  **Re: Emanuel Delacruz v. Wabash College**
     **Index No.: 24-cv-03593**

Dear Judge Failla:

  This firm represents the Defendant Wabash College ("Defendant") in the above-referenced matter.

  I write, with the consent of Plaintiff's counsel, to request an extension of time for Defendant to file a response to Plaintiff's Complaint. As this firm needs additional time to investigate the allegations in the Complaint, Defendant seeks an extension until August 26, 2024 to answer, move against, or otherwise respond to Plaintiff's Complaint. The Parties further respectfully request that the initial conference currently scheduled for August 9, 2024 be adjourned to a date after Defendant's response deadline.

  This is Defendant's first request for an extension of time to respond to Plaintiff's Complaint and for an adjournment of the initial conference.

  We thank Your Honor for all courtesies extended.

              Respectfully submitted,
              Kaufman Dolowich, LLP

              Erika H. Rosenblum

Cc: All Counsel of Record (*via* ECF)

Application GRANTED.  The deadline for Defendant to answer or otherwise respond to the complaint is hereby ADJOURNED to **August 26, 2024.**

Further, the initial pretrial conference currently scheduled for **August 9, 2024,** is hereby ADJOURNED to **September 18, 2024,** at **10:00 a.m.**  The deadlines set forth in the Court's notice of initial pretrial conference (Dkt. #6) are correspondingly ADJOURNED.

The Clerk of Court is directed to terminate the pending motion at docket entry 10.

Dated:    July 1, 2024                SO ORDERED.
          New York, New York

*[Signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE